# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

DONALD G. ROBERTSON, and COLLEEN F. ROBERTSON, husband and wife and the marital community comprised thereof,
  *Plaintiff*
  v.
FERRY COUNTY, et al,
  *Defendant*

Civil Action No. 2:14-CV-00117-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:


This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Peterson  on a motion for
   Summary Judgment.  Motion was granted, case closed.


Date: June 9, 2015

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cheryl Cambensy
*(By) Deputy Clerk*

Cheryl Cambensy